JOSEPH CAMBARERI, Appellant, *v.* METROPOLITAN LIFE INSURANCE
COMPANY, Respondent.

Supreme Court, Appellate Term, First Department, June 25, 1945.

*Lawrence H. King* and *Sidney O. Raphael* for appellant.

*Rowland H. Long* for respondent.

MEMORANDUM *Per Curiam.* The jury should have been permitted to determine whether or not plaintiff unusually exerted himself (*Simson* v. *Commercial Travelers Mutual Accident Assn.*, 263 App. Div. 297) or whether or not plaintiff's injury was the natural or probable result of his voluntary act or an unforeseen consequence (*Meyer* v. *New York Life Insurance Co.*, 249 App. Div. 243).

The judgment should be reversed and a new trial ordered, with $30 costs to appellant to abide the event.

HAMMER, SHIENTAG and EDER, JJ., concur.

Judgment reversed, etc.